USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/17/2024_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael Grecco Productions, Inc., | |
| Plaintiff, | Case No: 1:24-cv-03618-VM |
| v. | |
| Blackfilm.com Inc., | Hon. Victor K. Marrero |
| Defendant. | |

## DEFAULT JUDGMENT

Upon consideration of Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Craig B. Sanders and exhibits attached thereto, the Memorandum of Law, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1.  Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against the defendant Blackfilm.com Inc. ("Defendant");

2.  Defendant is to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for copyright infringement;

3.  Defendant is to pay $1,220.00 in attorneys' fees and $460.00 in costs under 17 U.S.C. § 505.

4.  Defendant is hereby permanently enjoined from using Plaintiff's Photograph and other works under 17 U.S.C. § 502(a);

5.  Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

6.  The Court retains jurisdiction over any matter pertaining to this judgment; and

7.    This case is dismissed and the Clerk of the Court shall remove it from the Court

docket.

